742

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Joseph M. Jones* for respondent.

No. 124. ROYER, ADMINISTRATRIX, *v.* GREINER. October 11, 1943. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Anna Royer, pro se.*

No. 126. THOMAS P. NICHOLS & SON CO. *v.* NATIONAL CITY BANK OF LYNN ET AL. October 11, 1943. Petition for writ of certiorari to the Superior Court, Essex County, Massachusetts, denied. *Mr. Arthur V. Getchell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Francis C. Brown* for the Federal Deposit Insurance Corporation, respondent.

No. 127. CREEKMORE, GENERAL CHAIRMAN OF THE BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, *v.* PUBLIC BELT RAILROAD COMMISSION ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James J. Farnan* and *Martin F. O'Donoghue* for petitioner. *Mr. Alfred C. Kammer* for respondents.

No. 128. SKINNER *v.* DINGWELL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elmer McClain*